STATE OF NEW JERSEY v. CARL LEE YOUNG.

January 12, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LEONARD STONE.

January 12, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR MCALLISTER.

January 12, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. CARL R. SHERRER, JR.

January 12, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN FLEMING.

January 12, 1988.

Petition for certification denied.